UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENE GAMBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:14-cv-01297 |
| PRUDENTIAL DISABILITY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE

Defendant, The Prudential Insurance Company of America (incorrectly sued as "Prudential Insurance Company of America") ("Defendant" or "Prudential"), hereby requests, pursuant to the Court's June 10, 2014 Order (ECF No. 4), for permission for its counsel to appear at the case management conference telephonically. Plaintiff does not oppose this motion. In support of its motion, Prudential states:

1. On June 10, 2014, this Court issued its Notice of Setting of Initial Case Management Conference (ECF No. 4), scheduling the parties' case management conference for August 8, 2014 at 2:00 p.m. at Courtroom A859, US Courthouse, 801 Broadway, Nashville, TN.

2. Shelley R. Hebert, attorney for Prudential, has her office in Chicago, Illinois. As such, requiring personal appearance at the Scheduling Conference would be a significant additional burden and expense

3. In the interests of efficiency and expediency, Prudential moves to conduct the Case Management Conference on August 8, 2014 telephonically.